**Opinion issued October 16, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-18-00011-CV

———————————————

## IN RE ERIN BROUSSARD F/K/A ERIN ARNEL, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Erin Broussard f/k/a Erin Arnel, filed a petition for a writ of mandamus seeking to compel the respondent associate judge to vacate his orders denying relator's motion to dismiss modification of custody and denying her motion

for reconsideration in the underlying suit to modify the parent-child relationship.[1]

This Court requested and received a response and relator filed a reply.

We deny the mandamus petition. *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.

---

[1] The underlying proceeding is *In the Interest of K.A.A. and I.M.C.A., Children*, Cause No. 16-DCV-233665, in the 328th District Court, Fort Bend County, the Honorable Ronald R. Pope presiding.